UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3833-GW-AFMx | Date | October 26, 2022 |
|---|---|---|---|
| Title | *Deckers Outdoor Corporation v. Robbie Co. LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - SCHEDULING ORDER

The Court has reviewed the parties' Joint Rule 26(f) Report (Docket No. 25) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the October 27, 2022 scheduling conference date is taken off calendar. This trade dress infringement/unfair competition action was filed on June 3, 2022.

The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to November 23, 2022. Thereafter, any further amendments must be made by motion under Rule 16.

2. A post-mediation status conference is set for June 29, 2023 at 8:30 a.m., with mediation to be completed by June 26. The parties have chosen to mediate through the Court's mediation panel. The parties will make arrangements so that the mediation can be completed by June 26 and a joint report filed with the Court by June 27.

3. All regular discovery will be completed by June 2, 2023. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by July 14, 2023. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is August 14, 2023.

| | : |
|---|---|
| Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3833-GW-AFMx | Date | October 26, 2022 |
|---|---|---|---|
| Title | *Deckers Outdoor Corporation v. Robbie Co. LLC, et al.* | | |

6. The pre-trial conference will be held on September 14, 2023 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials at **http://www.cacd.uscourts.gov/sites/default/files/documents/GW/AD/Final%20Pretrial%20Order**.

7. Jury trial will begin on September 26, 2023 at 9:00 a.m.

|  | : |
|---|---|
| Initials of Preparer | JG |