UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3833-GW-AFMx | Date | December 19, 2022 |
|---|---|---|---|
| Title | *Deckers Outdoor Corporation v. Robbie Co. LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On December 15, 2022, Plaintiff Deckers Outdoor Corporation filed a Notice of Settlement and Joint Request to Stay all Deadlines. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court now sets an order to show re: settlement hearing for January 30, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 26, 2023.

|  | : |
|---|---|
| Initials of Preparer | JG |